Kevin L. Hernandez
Nevada Bar No. 12594
**LAW OFFICE OF KEVIN L. HERNANDEZ**
2510 Wigwam Parkway, Suite #206
Henderson, NV 89074
T: (702) 563-4450
F: (702) 552-0408
kevin@kevinhernandezlaw.com
*Attorney for Plaintiff*
JONNAH GARCIA

**ALVERSON, TAYLOR, MORTENSEN & SANDERS**
Kurt Bonds, Esq.
Nevada Bar No. 006228
7401 W. Charleston Blvd.
Las Vegas, Nevada 89117-1401
T: (702) 384-7000
F: (702) 385-7000
kbonds@alversontaylor.com
*Attorneys for Defendant,*
*NATIONAL RECOVERIES, INC.*



FILED
ENTERED
RECEIVED
SERVED ON
COUNSEL/PARTIES OF RECORD

DEC 20 2018

CLERK US DISTRICT COURT
DISTRICT OF NEVADA
BY:_____ DEPUTY

# UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| JONNAH GARCIA,<br><br>   Plaintiff,<br>v.<br><br>NAVIENT SOLUTIONS, LLC, a foreign limited-liability company; NATIONAL RECOVERIES, INC., a foreign corporation; EQUIFAX INFORMATION SERVICES, LLC, a foreign limited-liability company; EXPERIAN INFORMATION SOLUTIONS, INC., a foreign corporation; TRANS UNION LLC, a foreign limited-liability company;<br><br>   Defendants. | Case No. 2:18-cv-02311-RFB-VCF<br><br>~~STIPULATION~~ TO EXTEND TIME TO RESPOND TO COMPLAINT (FIRST REQUEST)<br><br>ORDER |

{00106159;1}                                1

STIPULATION RE; EXTENSION OF TIME TO RESPOND
Case No. 2:18-cv-02311-RFB-VCF

**IT IS HEREBY STIPULATED BY AND BETWEEN** Plaintiff JONNAH GARCIA ("Plaintiff") and Defendant NATIONAL RECOVERIES, INC, ("Defendant"), and through their respective counsel, as follows:

WHEREAS the Complaint which is the subject of this action was served on Defendant on December 8, 2018;

WHEREAS Plaintiff and Defendant (hereinafter referred to as "Parties") have met and conferred and agree good cause exists to extend the deadline for Defendant to respond to Plaintiff's Complaint to January 18, 2019;

WHEREAS Defendant needs additional time to investigate, locate, and assemble the documents relating to Plaintiff's claims. In addition, Defendant's counsel will need additional time to review the documents and respond to the allegations in Plaintiff's Complaint;

WHEREAS the additional time to respond to the Complaint will also facilitate possible settlement discussions to resolve this matter without expending unnecessary fees and costs;

WHEREAS no previous extension has been requested;

WHEREAS the extension of time does not extend the time to respond by more than 30 days;

WHEREAS no party claims prejudice as a result of the extension of time;

///
///
///
///
///
///
///
///
///

WHEREFORE, the Parties stipulate and agree that Defendant shall have an extension of time up to and including January 18, 2019 within which to respond to Plaintiff's Complaint.

**IT IS SO STIPULATED.**

           **LAW OFFICE OF KEVIN L. HERNANDEZ**

Dated: December 17, 2018    s/Kevin L. Hernandez
           Kevin L. Hernandez
           *Attorney for Plaintiff,*
           *JONNAH GARCIA*

           **ALVERSON, TAYLOR, MORTENSEN & SANDERS**

Dated: December 17, 2018    s/Kurt R. Bonds
           Kurt R. Bonds
           *Attorney for Defendant,*
           *NATIONAL RECOVERIES, INC.*

**IT IS SO ORDERED:**

_____
UNITED STATES MAGISTRATE JUDGE

DATED: 12/20/18

CAM FERENBACH
U.S. MAGISTRATE JUDGE