Daniel P. Kiefer
Nevada Bar No. 12419
Matthew W. Park
Nevada Bar No. 12062
Rushforth Lee & Kiefer LLP
1707 Village Center Circle, Suite 150
Las Vegas, NV 89134
Phone: 702-255-4552
Fax: 702-255-4677
Email: Matt@rlklegal.com

*Attorneys for Defendant Navient Solutions, LLC*



# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| JONNAH GARCIA,<br><br>          Plaintiff,<br><br>vs.<br><br>NAVIENT SOLUTIONS, LLC, EQUIFAX INFORMATION SERVICES, LLC, EXPERIAN INFORMATION SOLUTIONS, INC., and TRANS UNION LLC,<br><br>          Defendants. | Case No. 2:18-cv-2311-RFB-VCF<br><br>~~STIPULATION~~ AND PROPOSED ORDER TO EXTEND TIME TO FILE RESPONSE TO COMPLAINT<br><br>[FIRST REQUEST]<br><br>ORDER |

COME NOW Plaintiff Jonnah Garcia ("Plaintiff") and Defendant Navient Solutions, LLC ("NSL"), by counsel and pursuant to Local Rule 6-1, and stipulate as follows:

## STIPULATION

1. On December 5, 2018, Plaintiff filed a Complaint with this Court [ECF No. 1].

2. NSL was served with the Complaint on December 7, 2018.

3. NSL's response to the Complaint is due by December 28, 2018.

4. In order to adequately investigate the allegations and explore the possibility of an early resolution, NSL desires an extension until January 25, 2019, to file a response to the Complaint.

5. Counsel for NSL conferred with counsel for Plaintiff regarding this Stipulation. Counsel for Plaintiff agrees to the requested extension.

6. This Stipulation is filed in good faith and not for dilatory or other improper purpose. Plaintiff would not suffer any prejudice by the Court permitting NSL the requested extension of time and has consented to the requested extension.

7. This is the first request for extension of time for NSL to respond to the Complaint.

DATED: December 19, 2018.

/s/Matthew W. Park
Matthew W. Park
Nevada Bar No. 12062
Rushforth Lee & Kiefer LLP
1707 Village Center Circle, Suite 150
Las Vegas, NV 89134

*Counsel for Defendant*
*Navient Solutions, LLC*

/s/Kevin L. Hernandez
Kevin L. Hernandez
NV Bar No. 12594
Law Office of Kevin L. Hernandez
2510 Wigwam Parkway, Suite 206
Henderson, NV 89074

*Counsel for Plaintiff*
*Jonnah Garcia*

**ORDER**

IT IS SO ORDERED.

_____
UNITED STATES MAGISTRATE JUDGE

CAM FERENBACH
U.S. MAGISTRATE JUDGE

DATED: 12/20/18