Kevin L. Hernandez, Esq.
Nevada Bar No. 12594
**LAW OFFICE OF KEVIN L. HERNANDEZ**
8872 S. Eastern Avenue, Suite 270
Las Vegas, Nevada 89123
T: (702) 563-4450
F: (702) 552-0408
kevin@kevinhernandezlaw.com
*Attorney for Plaintiff*

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| JONNAH GARCIA, an individual;<br><br>Plaintiff,<br><br>v.<br><br>NAVIENT SOLUTIONS, LLC, a foreign limited-liability company; NATIONAL RECOVERIES, INC., a foreign corporation; EQUIFAX INFORMATION SERVICES, LLC, a foreign limited-liability company; EXPERIAN INFORMATION SOLUTIONS, INC., a foreign corporation; TRANS UNION LLC, a foreign limited-liability company;<br><br>Defendants. | Case No.: 2:18-cv-2311-RFB-VCF<br><br>**STIPULATION AND ORDER FOR DISMISSAL OF DEFENDANT EXPERIAN INFORMATION SOLUTIONS, INC. WITH PREJUDICE** |

    Plaintiff, Jonnah Garcia ("Plaintiff"), and Defendant, Experian Information Solutions, Inc. ("Experian") (the "Parties") have resolved all claims, disputes, and differences between the Parties.

    Therefore, Plaintiff and Experian, by and through their respective attorneys of record, and subject to the court's approval, respectfully request dismissal of the above-captioned matter with prejudice under FRCP 41(a) as to Experian, with Plaintiff and Experian bearing their own

///

///

///

///

///

attorneys' fees and costs incurred in this action.

Respectfully Submitted.

Dated: March 4, 2019

**LAW OFFICE OF
KEVIN L. HERNANDEZ**

*/s/ Kevin L. Hernandez*
Kevin L. Hernandez, Esq.
Nevada Bar No. 12594
8872 S. Eastern Avenue, Suite 270
Las Vegas, Nevada 89123
kevin@kevinhernandezlaw.com
*Attorney for Plaintiff*

Dated: March 4, 2019

**NAYLOR & BRASTER**

*/s/ Andrew Sharples*
Jennifer L. Braster, Esq.
Andrew J. Sharples, Esq.
1050 Indigo Drive, Suite 200
Las Vegas, Nevada 89145
asharples@nblawnv.com
*Attorneys for Experian
Information Solutions, Inc.*

Dated: March 4, 2019

**ALVERSON TAYLOR & SANDERS**

*/s/ Kurt R. Bonds*
Kurt R. Bonds, Esq.
Trevor Waite, Esq.
6605 Grand Montecito Parkway, Suite 200
Las Vegas, NV 89149
efile@alversontaylor.com
*Attorney for National Recoveries, Inc*

Dated: March 4, 2019

**RUSHFORTH LEE & KIEFER, LLP**

*/s/ Matthew W. Park*
Matthew W. Park, Esq.
1707 Village Center Circle, Suite 150
Las Vegas, NV 89134
matt@rlklegal.com
*Attorneys for Navient Solutions, LLC*

**IT IS SO ORDERED:**

_____
RICHARD F. BOULWARE, II
UNITED STATES DISTRICT JUDGE
DATED this 8th day of March, 2019.