**KURT BONDS, ESQ.**
Nevada Bar No. 6228
**TREVOR WAITE, ESQ.**
Nevada Bar No. 13779
**ALVERSON TAYLOR & SANDERS**
6605 Grand Montecito Pkwy
Suite 200
Las Vegas, NV 89149
Telephone: (702) 384-7000
Facsimile: (702) 385-7000
efile@alversontaylor.com
twaite@alversontaylor.com
***Attorneys for Defendant***
***NATIONAL RECOVERIES, INC.***

# IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF NEVADA

-*-

| | |
|---|---|
| JONNAH GARCIA, | CASE NO. 2:18-cv-02311-RFB-VCF |
| Plaintiff, | |
| v. | **STIPULATION TO CONTINUE DISCOVERY CUTOFF** <br> **(First Request)** |
| NAVIENT SOLUTIONS, LLC, a foreign limited-liability company; NATIONAL RECOVERIES, INC., a foreign corporation; EQUIFAX INFORMATION SERVICES, LLC, a foreign limited-liability company; EXPERIAN INFORMATION SOLUTIONS, INC., a foreign corporation; TRANS UNION LLC, a foreign limited-liability company; | |
| Defendants. | |

IT IS HEREBY STIPULATED between Plaintiff JONNAH GARCIA ("Plaintiff") and

Defendant NATIONAL RECOVERIES, INC. ("Defendant"), through their respective counsel, as

follows:

WHEREAS, on February 8, 2019, a Proposed Discovery Plan and Scheduling Order pursuant

to stipulation of the parties (see ECF No. 18);

**ALVERSON TAYLOR & SANDERS**
LAWYERS
6605 GRAND MONTECITO PARKWAY
SUITE 200
LAS VEGAS, NEVADA 89149
(702) 384-7000 FAX (702) 385-7000

ALVERSON TAYLOR & SANDERS
LAWYERS
6605 GRAND MONTECITO PARKWAY
SUITE 200
LAS VEGAS, NEVADA 89149
(702) 384-7000 FAX (702) 385-7000

1 WHEREAS, the currently set dates and deadlines are as follows:

2 June 26, 2019: Close of discovery

3
4 WHEREAS, Plaintiff noticed the Deposition of Defendant, for June 17, 2019 and Defendant

has noticed the deposition of Plaintiff for June 25, 2019.

5
6 WHEREAS, the June 17, 2019 deposition date did not work for Defendant, given the

7 unavailability of counsel for Defendant.

8 WHEREAS, the following is a summary of the discovery completed and to be completed:

9 (a) Discovery completed: Plaintiff has propounded and Defendant has responded to written

10 discovery requests.

11
12 (b) Discovery that remains to be completed: depositions of Plaintiff and Defendant.

13 (c) The parties have been working to try to resolve the case. Plaintiff and Defendant have each

14 noticed the depositions for completion before the discovery cutoff; however, an unanticipated

15 scheduling conflict will prevent the depositions from being completed before the discovery

16 cutoff.

17
18 (d) The parties propose that the discovery cutoff be continued through and until August 1, 2019

19 for the limited purpose of completing the depositions of Plaintiff and Defendant.

20 Based on the foregoing it is stipulated and agreed that the June 26, 2019 discovery cutoff be

21 continued to August 1, 2019 for the limited purpose of completing the depositions of Plaintiff and

22 Defendant. This is the first stipulation for extension of discovery deadlines in this case.

23 ///

24 ///

25 ///

26 ///

27

28

2 KB/26083

ALVERSON TAYLOR & SANDERS
LAWYERS
6605 GRAND MONTECITO PARKWAY
SUITE 200
LAS VEGAS, NEVADA 89149
(702) 384-7000 FAX (702) 385-7000

1    A [Proposed] Order regarding this stipulation is submitted concurrently herewith for the

2    Court's consideration.

3    IT IS SO STIPULATED.

4

5    DATED: June 13, 2019          ALVERSON, TAYLOR & SANDERS

6

7                                  By:    s/Trevor R. Waite_____
                                         Trevor R. Waite
8                                        Attorney for Defendant
                                         National Recoveries, Inc.

9    DATED:  June 13, 2019         LAW OFFICE OF KEVIN L. HERNANDEZ

10

11                                 By:    s/Kevin L. Hernandez_____
                                         Kevin L. Hernandez
12                                       Attorneys for Plaintiff
                                         Jonnah Garcia

13

14                              **ORDER**

15    The Court, having reviewed the STIPULATION TO CONTINUE DISCOVERY CUTOFF

16    (First Request), good cause appearing, orders as follows:

17    The June 26, 2019 discovery cutoff is continued to August 1, 2019 for the limited purpose of

18    completing the depositions of Plaintiff and Defendant.

19

20    Dated this 13th day of June, 2019.

21

22    _____
      UNITED STATES MAGISTRATE JUDGE

23    Discovery during this extension is limited to the deposition of
      Plaintiff and a Fed. R. Civ. P. 30(b)(6) designee of National
24    Recoveries, Inc.
      Dispositive motions must be filed on or before September 3, 2019.
25    The Joint Pretrial Order must be filed by October 3, 2019. If
      dispositive motions are filed, the deadline for filing the joint
26    pretrial order will be suspended until 30 days after
      decision on the dispositive motions or further court order.
27

28