Kevin L. Hernandez, Esq.
Nevada Bar No. 12594
**LAW OFFICE OF KEVIN L. HERNANDEZ**
8872 S. Eastern Avenue, Suite 270
Las Vegas, Nevada 89123
T: (702) 563-4450
F: (702) 552-0408
kevin@kevinhernandezlaw.com
*Attorney for Plaintiff*

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| JONNAH GARCIA, an individual; <br><br> Plaintiff, <br><br> v. <br><br> NAVIENT SOLUTIONS, LLC, a foreign limited-liability company; NATIONAL RECOVERIES, INC., a foreign corporation; EQUIFAX INFORMATION SERVICES, LLC, a foreign limited-liability company; EXPERIAN INFORMATION SOLUTIONS, INC., a foreign corporation; TRANS UNION LLC, a foreign limited-liability company; <br><br> Defendants. | Case No.: 2:18-cv-2311-RFB-VCF <br><br> **STIPULATION AND ORDER FOR DISMISSAL OF DEFENDANT NAVIENT SOLUTIONS, LLC WITH PREJUDICE** |

Plaintiff, Jonnah Garcia ("Plaintiff"), and Defendant, Navient Solutions, LLC ("Navient") (the "Parties") have resolved all claims, disputes, and differences between the Parties.

Therefore, Plaintiff and Navient, by and through their respective attorneys of record, and subject to the court's approval, respectfully request dismissal of the above-captioned matter with prejudice under FRCP 41(a) as to Navient, with Plaintiff and Navient bearing their own

///

///

///

///

///

attorneys' fees and costs incurred in this action.

Respectfully Submitted.

Dated: June 17, 2019

**LAW OFFICE OF
KEVIN L. HERNANDEZ**

*/s/ Kevin L. Hernandez*
Kevin L. Hernandez, Esq.
Nevada Bar No. 12594
8872 S. Eastern Avenue, Suite 270
Las Vegas, Nevada 89123
kevin@kevinhernandezlaw.com
*Attorney for Plaintiff*

Dated: June 17, 2019

**RUSHFORTH LEE & KIEFER, LLP**

*/s/ Matthew W. Park*
Daniel P. Kiefer, Esq.
Nevada Bar No. 12419
Matthew W. Park, Esq.
Nevada Bar No. 12062
1707 Village Center Circle, Suite 150
Las Vegas, NV 89134
matt@rlklegal.com
*Attorneys for Navient Solutions, LLC*

Dated: June 17, 2019

**ALVERSON TAYLOR & SANDERS**

*/s/ Kurt R. Bonds*
Kurt R. Bonds, Esq.
Nevada Bar No. 6228
Trevor Waite, Esq.
Nevada Bar No. 13779
6605 Grand Montecito Parkway, Suite 200
Las Vegas, NV 89149
efile@alversontaylor.com
*Attorney for National Recoveries, Inc*

**IT IS SO ORDERED:**

_____
RICHARD F. BOULWARE, II
UNITED STATES DISTRICT JUDGE

DATED this 18th day of June, 2019.