Kevin L. Hernandez, Esq.
Nevada Bar No. 12594
**LAW OFFICE OF KEVIN L. HERNANDEZ**
8872 S. Eastern Avenue, Suite 270
Las Vegas, Nevada 89123
T: (702) 563-4450
F: (702) 552-0408
kevin@kevinhernandezlaw.com
*Attorney for Plaintiff*

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| JONNAH GARCIA, an individual;<br><br>Plaintiff,<br><br>v.<br><br>NAVIENT SOLUTIONS, LLC, a foreign limited-liability company; NATIONAL RECOVERIES, INC., a foreign corporation; EQUIFAX INFORMATION SERVICES, LLC, a foreign limited-liability company; EXPERIAN INFORMATION SOLUTIONS, INC., a foreign corporation; TRANS UNION LLC, a foreign limited-liability company;<br><br>Defendants. | Case No.: 2:18-cv-2311-RFB-VCF<br><br>**STIPULATION AND ORDER EXTENDING TIME TO FILE OPPOSITION TO NATIONAL RECOVERIES, INC.'S MOTION FOR SUMMARY JUDGMENT [Dkt. 32]**<br>**(First Request)** |

**IT IS HEREBY STIPULATED AND AGREED** between Plaintiff, Jonnah Garcia ("Garcia), and Defendant, National Recoveries, Inc. ("NRI") (collectively referred to as the "Parties"), by and through their respective attorneys of record, and subject to the approval of the Court, that Plaintiff's deadline to file her Opposition to NRI's Motion for Summary Judgment [Dkt. 32], filed on July 26, 2019, is hereby extended up to and including **August 26, 2019**;

Plaintiff received the transcripts from the July 31, 2019 depositions today and requires a brief extension to review these materials to adequately respond to the pending Motion for Summary Judgment;

///

///

The Parties have also been in settlement discussions regarding this matter and the additional time will permit these discussions to continue without expending unnecessary fees and costs.

This is the Parties first request for an extension of this deadline and is not made for the purpose of delay or bad faith.

Respectfully Submitted.

Dated: August 15, 2019

**LAW OFFICE OF
KEVIN L. HERNANDEZ**

*/s/ Kevin L. Hernandez*
Kevin L. Hernandez, Esq.
Nevada Bar No. 12594
8872 S. Eastern Avenue, Suite 270
Las Vegas, Nevada 89123
kevin@kevinhernandezlaw.com
*Attorney for Plaintiff*

Dated: August 15, 2019

**ALVERSON TAYLOR & SANDERS**

*/s/ Trevor Waite*
Kurt R. Bonds, Esq.
Nevada Bar No. 6228
Trevor Waite, Esq.
Nevada Bar No. 13779
6605 Grand Montecito Parkway, Suite 200
Las Vegas, NV 89149
efile@alversontaylor.com
*Attorneys for National Recoveries, Inc*

IT IS SO ORDERED:

_____
RICHARD F. BOULWARE, II
UNITED STATES DISTRICT JUDGE

DATED this 16th day of August, 2019.