Kevin L. Hernandez, Esq.
Nevada Bar No. 12594
**LAW OFFICE OF KEVIN L. HERNANDEZ**
8872 S. Eastern Avenue, Suite 270
Las Vegas, Nevada 89123
T: (702) 563-4450
F: (702) 552-0408
kevin@kevinhernandezlaw.com
*Attorney for Plaintiff*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| JONNAH GARCIA, an individual;<br><br>Plaintiff,<br><br>v.<br><br>NAVIENT SOLUTIONS, LLC, a foreign limited-liability company; NATIONAL RECOVERIES, INC., a foreign corporation; EQUIFAX INFORMATION SERVICES, LLC, a foreign limited-liability company; EXPERIAN INFORMATION SOLUTIONS, INC., a foreign corporation; TRANS UNION LLC, a foreign limited-liability company;<br><br>Defendants. | Case No.: 2:18-cv-2311-RFB-VCF<br><br>**STIPULATION AND ORDER FOR DISMISSAL OF DEFENDANT NATIONAL RECOVERIES, INC. WITH PREJUDICE** |

Plaintiff, Jonnah Garcia ("Plaintiff"), and Defendant, National Recoveries, Inc. ("NRI") (the "Parties") have resolved all claims, disputes, and differences between the Parties.

Therefore, the Parties, by and through their respective attorneys of record, and subject to the Court's approval, respectfully request dismissal of the above-captioned matter with prejudice

///

///

///

///

///

///

under FRCP 41(a) with Plaintiff and NRI bearing their own attorneys' fees and costs incurred in this action.

Dated: September 21, 2020

**LAW OFFICE OF
KEVIN L. HERNANDEZ**

*/s/ Kevin L. Hernandez*
Kevin L. Hernandez, Esq.
Nevada Bar No. 12594
8872 S. Eastern Avenue, Suite 270
Las Vegas, Nevada 89123
kevin@kevinhernandezlaw.com
*Attorney for Plaintiff*

Dated: September 21, 2020

**CARLSON & MESSER LLP**

*/s/ David J. Kaminski*
David J. Kaminski, Esq. (*Pro Hac Vice*)
Stephen A. Watkins, Esq. *(Pro Hac Vice)*
5901 West Century Boulevard, Suite 1200
Los Angeles, California 90045
kaminskid@cmtlaw.com
watkinss@cmtlaw.com
*Attorneys for National Recoveries, Inc*.

**IT IS SO ORDERED:**

_____
UNITED STATES DISTRICT JUDGE

DATED: September 22, 2020